**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIEN IBARRA,<br><br>   Plaintiff,<br><br>   v.<br><br>KENSINGTON SENIOR LIVING, LLC; and DOES 1 to 50, inclusive,<br><br>   Defendants. | Case No.: 2:21-cv-05654-SVW-KS<br><br>**ORDER TO DISMISS THE ACTION WITH PREJUDICE**<br><br>Complaint Filed: May 24, 2021<br>Removal Filed:   July 13, 2021 |

   IT IS HEREBY ORDERED that, pursuant to the parties' Joint Stipulation for Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and good cause appearing, this action is dismissed with prejudice as to all parties and all causes of action; each party to bear his/its own attorneys' fees and costs.

   **IT IS SO ORDERED.**

DATED:  December 2, 2021

_____
HON, STEPHEN V. WILSON
United States District Court Judge